JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R&R SURGICAL INSTITUTE,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>HEALTH CARE SERVICE CORPORATION,<br>　　　Defendant. | CV 23-2120 DSF (GJSx)<br><br>JUDGMENT |

　　The Court having granted a motion to dismiss and Plaintiff not having amended its complaint within the time allowed by the Court,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date:  September 7, 2023

_____
Dale S. Fischer
United States District Judge